**Order entered February 13, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01114-CV

## FRISCO ATHLETIC NETWORK, INC. D/B/A/ LONESTAR VOLLEYBALL CLUB, Appellant

### V.

## TRAIN KIDS NOW, INC. D/B/A DX3 ATHLETE, Appellee

**On Appeal from the County Court at Law No. 4
Collin County, Texas
Trial Court Cause No. 004-00767-2018**

## ORDER

Appellant has filed notice with this Court that it has filed for bankruptcy in the United States Bankruptcy Court. This automatically suspends further action in this appeal. *See* TEX. R. APP. P. 8.2.

Accordingly, we **ABATE** this appeal. It may be reinstated on prompt motion by any party complying with Rule 8.3 and specifying what further action, if any, is required from this Court. *See id.* 8.3.

/s/     KEN MOLBERG
        JUSTICE